

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2020

No. 04-20-00322-CV

**IN RE** David **RODRIGUEZ**

Original Proceeding[1]

**ORDER**

On June 24, 2020, relator filed a pro se petition for writ of mandamus. Because relator is a vexatious litigant who has not obtained permission from the appropriate local administrative judge to file his petition, the petition for writ of mandamus is dismissed. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on August 5, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019-CI-16263, styled *David Rodriguez v. H-E-B Butt, et al.*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.